McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

SEP 0 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06CR00092AWI |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| DANIEL ANGULO, | ) | |
| Defendant. | ) | |

Having considered the government's application to unseal the arrest warrant and indictment in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant and indictment shall be UNSEALED.

Dated: September 8, 2006

LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1