LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-00059 AWI |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER TO CONSOLIDATE CASES |
| ) | |
| SERGIO REYNOL PADILLA, ) | |
|   aka Sergio Reynol Padilla- ) | |
|   Gonzalez, ) | |
| LORENA PEREZ, ) | |
| FRANCHESKA BRIZAN, and ) | |
| DAMON GUNN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| UNITED STATES OF AMERICA, ) | 1:06-CR-00092 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL ANGULO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On August 27, 2008, Plaintiff United States of America ("the Government"), filed a Motion to Consolidate Cases of United States v. Sergio Padilla, et al., 1:06-CR-00059 AWI, with United States v. Daniel Angulo, 1:06-CR-00092 AWI.

On September 8, 2008, the Motion for Consolidation was held. Assistant U.S. Attorney Karen A. Escobar appeared on behalf of the

| | |
|---|---|
| 1 | United States of America.  Roger Nuttall appeared on behalf of defendant |
| 2 | Daniel Angulo.  Stephen Mensel appeared on behalf of defendant Sergio |
| 3 | Padilla and specially on behalf of Francheska Brizan, in place of her |
| 4 | attorney, Joseph Shemaria. James Homola appeared on behalf of defendant |
| 5 | Damon Gunn. Richard Berman appeared on behalf of Lorena Perez. |

The Court granted the Motion to Consolidate forthwith.

Therefore, and on the basis of good cause, this Court:

1. CONSOLIDATES Case Nos. 1:06-cr-0059 AWI and 1:06-cr-0092 AWI for all purposes.  All further documents shall bear the Case No. 1:06-cr-0059 AWI and the parties shall file all further documents on the docket in Case No. 1:06-cr-0059 AWI.

IT IS SO ORDERED.

**Dated:   May 22, 2009**            /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE